IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  08-cv-1879-AP

KEVIN D. DIXON,

    Plaintiff,

    v.

MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

---

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

---

### 1.  APPEARANCES OF COUNSEL AND *PRO SE* PARTIES

| For Plaintiff: | For Defendant: |
|---|---|
| Teresa H. Abbott<br>CO Atty. Reg. #27192<br>Abbott Boltz, LLP<br>3515 S. Tamarac Drive, Suite 200<br>Denver, CO 80237<br>Phone:  303.757.5000<br>Fax: 303.689.9627<br>abbott.teresa@gmail.com | Troy Eid<br>United States Attorney<br><br>Kevin Thomas Traskos<br>Assistant U.S. Attorney<br>Kevin.Traskos@usdoj.gov<br><br>Allan Berger<br>Special Assistant U.S. Attorney<br>1961 Stout St., Suite 1001A<br>Denver, CO 80294<br>Telephone: (303) 844-2149<br>Fax: (303) 844-0770<br>allan.berger@ssa.gov |

**2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

**3. DATES OF FILING OF RELEVANT PLEADINGS**

 A. Date Complaint Was Filed: 09/02/2008
 B. Date Complaint Was Served on U.S. Attorney's Office: 09/19/2008
 C. Date Answer and Administrative Record Were Filed: 11/18/2008

**4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

The parties state to the best of their knowledge that the record appears to be complete.

**5. STATEMENT REGARDING ADDITIONAL EVIDENCE**

The parties do not anticipate additional evidence.

**6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The parties state that this case does not involve unusual claims or defenses.

**7. OTHER MATTERS**

The parties state to the best of their knowledge there are no other matters.

**8. BRIEFING SCHEDULE**

 A. Plaintiff's Opening Brief Due: 01/20/2009
 B. Defendant's Response Brief Due: 02/19/2009
 C. Plaintiff's Reply Brief Due: 03/06/2009

**9. STATEMENTS REGARDING ORAL ARGUMENT**

 A. Plaintiff's Statement: Oral Argument is requested.
 B. Defendant's Statement: Oral Argument is not requested.

**10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

    A.    ( ) All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.

    B.    (X) All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

**11. OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1 BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE <u>MOVING ATTORNEY'S CLIENT</u>, ALL ATTORNEYS OF RECORD, AND ALL *PRO SE* PARTIES.

**12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.*

    DATED this 2nd day of December, 2008.

                                    BY THE COURT:

                                    <u>S/John L. Kane</u>
                                    U.S. DISTRICT COURT JUDGE

APPROVED:

| | |
|---|---|
| s/ Teresa H. Abbott<br>Teresa H. Abbott<br>CO Atty. Reg. #27192<br>Abbott Boltz, LLP<br>3515 S. Tamarac Drive, Suite 200<br>Denver, CO 80237<br>Phone: (303) 757-5000<br>Fax: (303) 689-9627<br>abbott.teresa@gmail.com<br><br>Attorney for Plaintiff | Troy Eid<br>UNITED STATES ATTORNEY<br><br>Kevin Thomas Traskos<br>Assistant U.S. Attorney<br>kevin.traskos@usdoj.gov<br><br>s/ ALLAN D. BERGER<br>By: ALLAN D. BERGER<br>Special Assistant U.S. Attorney<br>1961 Stout St., Suite 1001A<br>Denver, CO 80294<br>Telephone: (303) 844-2149<br>Fax: (303) 844-0770<br>allan.berger@ssa.gov<br><br><br>Attorneys for Defendant |